1

2

3

4

5

6

7

8

9

10

11

**IN THE UNITED STATES DISTRICT COURT FOR THE**

**EASTERN DISTRICT OF CALIFORNIA**

12   KYLE J. LAWSON,                                    )        CV F 06-0337 AWI WMW HC
                                                                )
13                          Petitioner,                 **)**
                                                                )        ORDER DIRECTING CLERK OF
14                                                              )        COURT TO RETURN PETITION
               v.                                               )        LODGED AUGUST 25, 2006
15                                                              )
                                                                )
16   WARDEN JAMES A. YATES,                    )
                                                                )
17                                                              )
                            Respondent.                 )
18   _____      )

19

20

21

22        Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas

23   corpus pursuant to 28 U.S.C. § 2254. The matter was referred to a United States Magistrate

     Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 72-302.

24        On August 25, 2006, Petitioner lodged an additional petition in this case. Petitioner

25   already filed one amended petition in this case on April 4, 2006, and cannot file an additional

26   amended petition without permission from the court. Rule 15(a), Federal Rules of Civil

27   Procedure. Accordingly, the Clerk of the Court is directed to return to Petitioner the petition

28

1    lodged with the court on August 25, 2006.

2

3    IT IS SO ORDERED.

4    **Dated:      August 29, 2006**               _____/s/  **William M. Wunderlich**_____
     bl0dc4                                        UNITED STATES MAGISTRATE JUDGE

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28                                          2