**IN THE UNITED STATES DISTRICT COURT FOR THE**

**EASTERN DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| KYLE J. LAWSON, | ) | CV F 06-0337 AWI WMW HC |
| | ) | |
| Petitioner, | ) | |
| | ) | ORDER GRANTING MOTION |
| | ) | TO LIFT STAY AND |
| v. | ) | ORDER REQUIRING FILING OF |
| | ) | SECOND AMENDED PETITION |
| | ) | |
| WARDEN JAMES A. YATES, | ) | |
| | ) | [Doc. 12] |
| | ) | |
| Respondent. | ) | |
| _____ | ) | |

Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 72-302.

On November 8, 2006, this court entered a stay in this case pending exhaustion of Petitioner's claims in state court. Petitioner has now informed this court that his claims have

1   been exhausted in the California Supreme Court.  Accordingly, the stay previously entered in
2   this case is HEREBY LIFTED.
3       Petitioner states that the second amended petition is now the operative petition in this
4   case.  However, that petition was previously lodged prematurely and was returned to
5   Petitioner by order of the court entered August 30, 2006.  Accordingly, Petitioner is directed
6   to file his second amended petition with the court within thirty (30) so that his case may now
7   proceed on that petition.   Petitioner's failure to do so will result in this case proceeding on
8   the amended petition filed April 4, 2006.

10  IT IS SO ORDERED.

11  **Dated:   December 13, 2006**          **/s/  William M. Wunderlich**
    bl0dc4                                  UNITED STATES MAGISTRATE JUDGE

2