UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KYLE J. LAWSON,<br><br>    Petitioner,<br><br>    v.<br><br>JAMES A. YATES, Warden,<br><br>    Respondent. | 1:06-CV-0337 WMW HC<br><br>ORDER GRANTING EXTENSION OF TIME TO FILE TRAVERSE<br>(DOCUMENT #19) |

    Petitioner is a state prisoner proceeding pro se in a habeas corpus action pursuant to 28 U.S.C. § 2254. On March 9, 2007, petitioner filed a motion to extend time to file a traverse. Good cause having been presented to the court and GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED that:

    Petitioner is granted thirty days from the date of service of this order in which to file his traverse.

IT IS SO ORDERED.

**Dated:   April 2, 2007**          /s/  **William M. Wunderlich**
bl0dc4                                    UNITED STATES MAGISTRATE JUDGE